**Appeal Dismissed and Memorandum Opinion filed August 6, 2019**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00455-CR

**STEPHANIE LONGORIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1554353**

## M E M O R A N D U M   O P I N I O N

Stephanie Longoria pleaded guilty to burglary of a habitation. Pursuant to the terms of a plea-bargain agreement between appellant and the State, the trial court signed an order on May 15, 2018, deferring adjudication of her guilt and placing her on community supervision for three years. On May 2, 2019, the trial court signed an order amending the terms of her supervision and also signed a nunc pro tunc order of deferred adjudication. The nunc pro tunc order indicates appellant's pleas to the enhancement paragraphs were "true" instead of "not true," as stated in the original order of deferred adjudication. Appellant filed a pro se notice of appeal on May 16,

2019.

We lack jurisdiction over this appeal. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only matters raised by a written, pretrial motion or with the trial court's permission. Tex. R. App. P. 25.2(a)(2). Appellant's period of community supervision does not exceed the agreed period. The record does not contain any appealable pretrial ruling, and the trial court did not grant appellant permission to appeal.

Accordingly, we **DISMISS** the appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).